**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**CARY LYN ATWOOD ESTATE,**

**Plaintiff,**

**v.** **Case No.: 5:26-mc-00004-JSS-PRL**

**UNITED STATES OF AMERICA,**

**Defendant,**
_________________________________/

**ORDER**

On April 3, 2026, the Court received a nonsensical document from Ms. Atwood, who apparently refers to herself as the "general executor for Cary Lyn Atwood Estate." The Clerk received this filing, assigned it a miscellaneous case number, and then appropriately closed the matter. Unfortunately, Ms. Atwood, who also claims that her name has some copyright and trademark protection, continues to file similar nonsensical documents in this miscellaneous matter.

Her filings are not even remotely close to pleadings under Federal Rule of Civil Procedure 8(a). She states no claim or basis for the court's jurisdiction to entertain these documents.

She has, however, filed complaints in other cases (5:26-cv-00588-WWB-PRL and 5:26-cv-00589-CEM-PRL), and it appears that she is attempting to use the filings she keeps submitting here to establish "facts" to support her allegations in those cases. This is wholly improper. Her "sovereign citizen"[1] filings are frivolous. *See, e.g.*, *Henry v. Hernandez-Rundle*,

[1] In simple terms, sovereign citizens believe that they are not subject to government authority and employ various tactics to avoid paying taxes, extinguishing debts, and derailing criminal proceedings. *Gravatt v. United States*, 100 Fed. Cl. 279, 282 (2011).

773 F. App'x 596, 597 (11th Cir. 2019) (finding that sovereign citizen "claims have no arguable legal basis and are patently frivolous"); *Pettingell v. Rolle*, No. 1:26cv49-TKW-HTC, 2026 WL 1067390, at *1 (N.D. Fla. Mar. 20, 2026) ("The 'sovereign citizen' argument challenging the Court's jurisdiction has been universally rejected as frivolous."), *report and recommendation adopted by* 2026 WL 1050228 (N.D. Fla. Apr. 17, 2026); *Fitzgerald v. Mercedes-Benz Financial Services USA, LLC*, No. 3:22-cv-1053-MMH-PDB, 2024 WL 3377743, at *5 (M.D. Fla. July 11, 2024) (finding that plaintiff's arguments based on "sovereign citizen ideology" were frivolous); *Banks v. Pompeo*, No. 2:19-cv-755-FtM-29NPM, 2019 WL 11477403, at *2 (M.D. Fla. Dec. 11, 2019) (recommending dismissal of plaintiff's claims since they "appear[ed similar to the sovereign citizen arguments that courts have routinely dismissed as frivolous"), *report and recommendation adopted by* 2019 WL 11478072 (M.D. Fla. Dec. 30, 2019).

The **Clerk** is directed to no longer accept filings in this matter.

**Plaintiff** is **cautioned** that she may be subject to sanctions if she continues to attempt to file documents in this matter.

**DONE** and **ORDERED** on August 28, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party